

STEVEN BANKS
*Corporation Counsel*

**NEW YORK CITY**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

INGRID R. GUSTAFSON
*Assistant Corporation Counsel*
212-356-0853
igustafs@law.nyc.gov

June 8, 2026

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov, cit_mgmt@ca2.uscourts.gov

Re:    *Gordon v. N.Y.S. Education Department*
        Docket No. 26-1389

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for the New York City Department of Education on the docket for this appeal. Because the district court dismissed this action sua sponte—evidently before service of process was completed—the Department did not appear below and the Law Department has not entered an appearance on its behalf.

Thank you for your consideration.

Respectfully submitted,

STEVEN BANKS
*Corporation Counsel*
*of the City of New York*
Attorney for the NYC DOE

By: _____
Ingrid R. Gustafson
Assistant Corporation Counsel

cc:    Ava Gordon
      717 N. Center Drive NW
      Grand Rapids, MI 49544
      *Plaintiff Pro Se*